JOSEPH PODLESNEY, Respondent, v. RUSSKY GOLOS PUBLISHING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

BROWN-BRAND REALTY COMPANY, INC., Respondent, v. SAKS & COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARCHIBALD AND LEWIS COMPANY, Respondent, v. GEORGES VEMIAN, Defendant, Impleaded with SOCIETE ANONYME LEU & COMPAGNIE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACK SCOBEL, Appellant, v. PHILIP CHAPMAN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALICE KING, Appellant, v. ARTHUR W. LITTLE and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALLEN E. CLOUGH, Appellant, v. BUSH TERMINAL BUILDINGS COMPANY, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARTIN NATHAN COMPANY, Respondent, v. JACQUES ROSCOTT and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and·Martin, JJ.

HANDY BROS. CONTRACTING CO., INC., Respondent, v. MOSHOLU APARTMENTS, INC., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

ROBERTA DIER, Appellant, v. STEPHEN J. KELLY and Others, Copartners, etc., Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling and McAvoy, JJ., dissent and vote to reverse and reinstate verdict.

JOSEPH MELTZER, Respondent, v. ISBRANDTSEN MOLLER COMPANY, a Corporation, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., and Dowling, J., dissent and vote for affirmance.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW CAMPBELL and Others, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS M. ARLOTTA, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.